Charles C. Kerner, Respondent, Appellant, v. Continental Rubber Works, Appellant, Respondent.— Order so far as appealed from modified so as to allow examination of the defendant as to items 9(b), 9(c), 9(d) and item 10 of the plaintiff's notice for examination, and as so modified affirmed, without costs.

No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.